FILED
COMMON PLEAS COURT
JENNIFER JOHNSON
CLERK OF COURTS
GUERNSEY CO., OHIO
Nov 23 2022 10:41 AM
Case No: 22CV000412

IN THE GUERNSEY COUNTY COMMON PLEAS COURT

JODIE BENNER
311 S. 2ND ST.
BYESVILLE, OH 43723

    PLAINTIFF

vs.                                      CASE NO. _____

SYNCHRONY BANK
c/o CT CORPORATION SYSTEM
4400 EASTON COMMONS WAY
SUITE 125
COLUMBUS, OH 43219

    and

EXPERIAN INFORMATION SOLUTIONS, INC.
c/o CT CORPORATION SYSTEM
4400 EASTON COMMONS WAY
SUITE 125
COLUMBUS, OH 43219

    DEFENDANTS

## COMPLAINT

Plaintiff, Jodie Benner (hereinafter "Plaintiff"), by and through her attorneys, the Law Offices of Robert S. Gitmeid & Associates, PLLC, by way of Complaint against Defendants, Synchrony Bank ("Synchrony") and Experian Information Solutions Inc. ("Experian") alleges as follows:

1. This is an action for damages brought by an individual consumer for Defendants' violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. (the "FCRA") and other claims related to unlawful credit reporting

practices. The FCRA prohibits furnishers of credit information from falsely and inaccurately reporting consumers' credit information to credit reporting agencies.

2. Plaintiff, Jodie Benner, is an adult citizen of Ohio.
3. Plaintiff is a "consumer" as defined by 15 U.S.C. § 1681a(c) of the FCRA.
4. Defendant Synchrony is a business entity that furnishes consumer credit information to consumer reporting agencies.
5. Defendant Experian is a corporation that engages in the business of maintaining and reporting consumer credit information.
6. Venue is proper because a substantial part of the events and omissions giving rise to Plaintiff's claims occurred in Guernsey County, Ohio where the Plaintiff resides.
7. Defendant Synchrony issued a Lowe's branded credit card account ending in …8460 to Plaintiff. The account was routinely reported on Plaintiff's consumer credit report.
8. The consumer report at issue is a written communication of information concerning Plaintiff's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living which is used or for the purpose of serving as a factor in establishing the consumer's eligibility for credit to be used primarily for personal, family, or household purposes as defined by 15 U.S.C. § 1681a(d)(1) of the FCRA.

9. On or about June 18, 2020, Plaintiff and Synchrony entered into a settlement agreement for the above referenced account. A copy of the settlement agreement is attached hereto as **Exhibit A**.

10. Pursuant to the terms of the settlement, Plaintiff was required to make monthly payments totaling $1,119.33 to settle and close her Synchrony account.

11. Plaintiff, via her debt settlement representative, timely made the requisite settlement payments.

12. However, years later, Plaintiff's Synchrony account continued to be negatively reported.

13. In particular, on a requested credit report dated September 27, 2022, Plaintiff's Synchrony account was reported with a status of "Charge Off," a balance of $2,147.00, and a past due balance of $2,147.00. The relevant portion of Plaintiff's credit report is attached hereto as **Exhibit B**.

14. This tradeline was inaccurately reported. As evidenced by the enclosed document, the account was settled for less than full balance and must be reported as settled with a balance of $0.00.

15. On or about October 7, 2022, Plaintiff, via her attorney at the time, notified credit reporting agencies directly of a dispute with completeness and/or accuracy of the reporting of Plaintiff's Synchrony account. A redacted copy of this letter is attached hereto as **Exhibit C**.

16. Therefore, Plaintiff disputed the accuracy of the derogatory information reported by Synchrony to credit reporting agencies via certified mail in accordance with 15 U.S.C. § 1681i of the FCRA.

17. On November 21, 2022, Plaintiff requested updated credit reports for review. The tradeline for Plaintiff's Synchrony account remained inaccurate, as Defendants failed to correct the inaccuracy. The relevant portion of the November 21, 2022 credit report is attached hereto as **Exhibit D**.

18. Experian did not notify Synchrony of the dispute by Plaintiff in accordance with the FCRA, or alternatively, did notify Synchrony and Synchrony failed to properly investigate and delete the tradeline or properly update the tradeline on Plaintiff's credit reports.

19. If Synchrony had performed a reasonable investigation of Plaintiff's dispute, Plaintiff's Synchrony account would have been updated to reflect a "settled" status with a balance of $0.00.

20. Despite the fact that Synchrony has promised through its subscriber agreements or contracts to accurately update accounts, Synchrony has nonetheless willfully, maliciously, recklessly, wantonly, and/or negligently failed to follow this requirement as well as the requirements set forth under the FCRA, which has resulted in the intended consequences of this information remaining on Plaintiff's credit reports.

21. Defendants failed to properly maintain and failed to follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit information and Plaintiff's credit reports, concerning the account in question, thus violating the FCRA. These violations occurred before, during, and after the dispute process began with Experian.

22. At all times pertinent hereto, Defendants were acting by and through their agents, servants and/or employees, who were acting within the scope and course of his employment, and under the direct supervision and control of the Defendants herein.

23. At all times pertinent hereto, the conduct of Defendants, as well as that of their agents, servants and/or employees, was malicious, intentional, willful, reckless, negligent and in wanton disregard for federal law and the rights of the Plaintiff herein.

24. Experian is a "consumer reporting agency," as codified at 15 U.S.C. § 1681a(f).

25. Synchrony is an entity that, regularly and in the course of business, furnishes information to one or more consumer reporting agencies about its transactions or experiences with any consumer and therefore constitutes a "furnisher," as codified at 15 U.S.C. § 1681s-2.

26. Synchrony is reporting inaccurate credit information concerning Plaintiff to one or more credit bureaus as defined by 15 U.S.C. § 1681a of the FCRA.

27. Plaintiff notified Defendants directly of a dispute on the account's completeness and/or accuracy, as reported.

28. Synchrony failed to complete an investigation of Plaintiff's written dispute and provide the results of an investigation to Plaintiff and the credit bureaus within the 30-day statutory period as required by 15 U.S.C. § 1681s-2(b).

29. Synchrony failed to promptly modify the inaccurate information on Plaintiff's credit reports in violation of 15 U.S.C. § 1681s-2(b).

30. Experian failed to delete information found to be inaccurate, reinserted the information without following the FCRA, or failed to properly investigate Plaintiff's disputes.
31. Experian failed to maintain and failed to follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit reports, concerning the account in question, violating 15 U.S.C. § 1681e(b).
32. As a result of the above violations of the FCRA, Plaintiff suffered actual damages in one or more of the following categories: lower credit score, denial of credit, embarrassment and emotional distress caused by the inability to obtain financing for everyday expenses, rejection of credit card application, higher interest rates on loan offers that would otherwise be affordable and other damages that may be ascertained at a later date.
33. As a result of the above violations of the FCRA, Defendants are liable to Plaintiff for actual damages, punitive damages, statutory damages, attorney's fees and costs.

**WHEREFORE**, Plaintiff demands that judgment be entered against Defendants as follows:

1. That judgment be entered against Defendants for actual damages pursuant to 15 U.S.C. § 1681n or alternatively, 15 U.S.C. § 1681o;
2. That judgment be entered against Defendants for punitive damages pursuant to 15 U.S.C. § 1681n;
3. That the Court award costs and reasonable attorney's fees pursuant to 15 U.S.C. § 1681n or alternatively, 15 U.S.C. § 1681o; and
4. That the Court grant such other and further relief as may be just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff demands trial by jury in this action of all issues so triable.

**Law Offices of Robert S. Gitmeid & Associates, PLLC**

By: /s/ Thomas G. Widman
Thomas G. Widman, Esq. (Bar No. 0059259)
30 Wall Street, 8th Floor #741
New York, NY 10005
Tel: (866) 249-1137
E-mail: thomas.w@gitmeidlaw.com
*Attorneys for Plaintiff*

# EXHIBIT A

SYNCHRONY BANK
P.O. Box 965004
Orlando, FL 32896-5004

46458
K106

06/18/2020

JODIE L BENNER
%ROBERT GITMEID LAW OFC
11 BROADWAY STE 1515
NEW YORK NY 10004-1318

**Account Number Ending In: 8460**

Dear JODIE L BENNER,

We are contacting you regarding the Lowe's® Advantage Card account referenced above. The current balance on your Lowe's Advantage Card account as of 06/17/20, including interest and fees, is $3198.09.

As discussed in our recent telephone conversation regarding your account, if we receive all the payments set forth below by the indicated dates, we will consider this account settled for less than the full balance. We will forgive the difference between the total of payments set forth below and the current balance on your account. We will report the account to the major consumer reporting agencies as "Account paid in full for less than the full balance". This description may vary by consumer reporting agency, and it may take up to 60 days after the payment is received for this update to appear on your personal credit report.

Payment amount of $369.38 due by 07/01/20.
Payment amount of $369.38 due by 08/01/20.
Payment amount of $380.57 due by 09/01/20.

You will continue to receive monthly billing statements until the settlement agreement has been completed. If we fail to receive the above payments by the indicated dates, the account will not be settled pursuant to this arrangement. If you have any questions, please call the phone number listed below. If you have already paid the agreed upon settlement or paid through an alternate payment method, disregard payment instructions.

Sincerely,

SYNCHRONY BANK
1-800-568-0156

This is an attempt to collect a debt and any information obtained will be used for that purpose.
Account is owned by SYNCHRONY BANK

# EXHIBIT B

| FILE # | 4185078 | FNMA # | | DATE COMPLETED | 9/27/2022 | RQD' BY | |
|---|---|---|---|---|---|---|---|
| SEND TO | LAW OFFICES OF ROBERT GITMEID | | | DATE ORDERED | 9/27/2022 | | |
| | CUST. # CA214 | | | REPOSITORIES | TU | PRPD' BY | |
| | 11 BROADWAY STE 960 | | | PRICE | | LOAN TYPE | |
| | NEW YORK, NY 10004 | | | REF. # | | | |
| PROPERTY ADDRESS | | | | | | | |

| APPLICANT | | CO-APPLICANT | |
|---|---|---|---|
| APPLICANT | BENNER, JODIE | CO-APPLICANT | |
| SOC SEC # | DOB ▇ | SOC SEC # | DOB |
| MARITAL STATUS | | DEPENDENTS | |

### CREDIT

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED | HIGH CREDIT OR LIMIT | BALANCE | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | DLA | ACCT TYPE | TERMS | | | | | | SOURCE |
| B | B | SYNCB/LOW ▇6591 | 09/22 | 02/18 09/20 | $7400 REV | $2147 - | $2147 | 00 | - | - | - | CHARGE OFF TU |

# EXHIBIT C



# LAW OFFICES OF
# ROBERT S. GITMEID & ASSOC., PLLC

October 7, 2022

**VIA CERTIFIED MAIL**

Transunion Consumer Solutions
P.O. Box 2000
Chester, PA 19016

Experian
P.O. Box 4500
Allen, TX 75013

Equifax Information Services, LLC
P.O. Box 105139
Atlanta, GA 30348

Innovis Consumer Assistance
P.O. Box 1640
Pittsburgh, PA 15230

Re:            Jodie Benner
Creditor:      Synchrony Bank d/b/a Lowe's
Account No.:   Ending in 8460

Dear Sir and/or Madam,

    Please be advised that the office was retained to represent Jodie Benner with respect to her claims for violations under the Fair Credit Reporting Act, 15. U.S.C. § 1681, et seq. (the "FCRA") and other claims related to unlawful credit reporting practices.

    On or about June 18, 2020, Ms. Benner, and Synchrony Bank d/b/a Lowe's ("Lowe's") entered into a settlement agreement for the above referenced account. A copy of the settlement agreement is attached herein for your review. Pursuant to the terms of the settlement, Ms. Benner was required to make monthly payments totaling $1,119.33 to settle and close her Lowe's account. Ms. Benner, via her debt settlement representative, timely made the requisite settlement payments.

    However, two years later, Ms. Benner's account continues to be negatively reported. In particular, on a requested credit report dated September 27, 2022, Ms. Benner's account was reported with a status of "CHARGE OFF", a balance of $2,147.00, and a past due balance of $2,147.00. The relevant portion of Ms. Benner's credit report is attached herein for your review. The trade line was inaccurately reported. As evidenced by the enclosed documents, the account was settled in full and has a balance of $0.00.

    Please take notice that this dispute is made pursuant to 15 U.S.C. § 1681i under the FCRA. Therefore, if this inaccuracy is not corrected within thirty (30) days, we will pursue further legal process on behalf of our client.

    Thank you for your prompt attention to the important matter.

Very truly yours,

Allayah Chirinos
Paralegal
Law Offices of Robert S. Gitmeid
& Associates, PLLC.
Allayah.c@gitmeidlaw.com
(866) 249 1137

Tel (866) 249-1137    30 Wall Street, 8th Floor #741, New York, NY 10005    Fax (877) 366-4747
www.GitmeidLaw.com

SYNCHRONY BANK
P.O. Box 965004
Orlando, FL 32896-5004

46458
K106

06/18/2020

JODIE L BENNER
%ROBERT GITMEID LAW OFC
11 BROADWAY STE 1515
NEW YORK NY 10004-1318

**Account Number Ending In: 8460**

Dear JODIE L BENNER,

We are contacting you regarding the Lowe's® Advantage Card account referenced above. The current balance on your Lowe's Advantage Card account as of 06/17/20, including interest and fees, is $3198.09.

As discussed in our recent telephone conversation regarding your account, if we receive all the payments set forth below by the indicated dates, we will consider this account settled for less than the full balance. We will forgive the difference between the total of payments set forth below and the current balance on your account. We will report the account to the major consumer reporting agencies as "Account paid in full for less than the full balance". This description may vary by consumer reporting agency, and it may take up to 60 days after the payment is received for this update to appear on your personal credit report.

Payment amount of $369.38 due by 07/01/20.
Payment amount of $369.38 due by 08/01/20.
Payment amount of $380.57 due by 09/01/20.

You will continue to receive monthly billing statements until the settlement agreement has been completed. If we fail to receive the above payments by the indicated dates, the account will not be settled pursuant to this arrangement. If you have any questions, please call the phone number listed below. If you have already paid the agreed upon settlement or paid through an alternate payment method, disregard payment instructions.

Sincerely,

SYNCHRONY BANK
1-800-568-0156

This is an attempt to collect a debt and any information obtained will be used for that purpose.
Account is owned by SYNCHRONY BANK

| FILE # | 4185078 | FNMA # | | DATE COMPLETED | 9/27/2022 | RQD' BY | |
|---|---|---|---|---|---|---|---|
| SEND TO | LAW OFFICES OF ROBERT GITMEID | | | DATE ORDERED | 9/27/2022 | | |
| | CUST. # CA214 | | | REPOSITORIES | TU | PRPD' BY | |
| | 11 BROADWAY STE 960 | | | PRICE | | LOAN TYPE | |
| | NEW YORK, NY 10004 | | | REF. # | | | |
| PROPERTY ADDRESS | | | | | | | |

| APPLICANT | | CO-APPLICANT | |
|---|---|---|---|
| APPLICANT | BENNER, JODIE | CO-APPLICANT | |
| SOC SEC # | DOB ■■■ | SOC SEC # | DOB |
| MARITAL STATUS | | DEPENDENTS | |

## CREDIT

| ECOA | WHOSE | CREDITOR | DATE REPORTED | DATE OPENED / DLA | HIGH CREDIT OR LIMIT / ACCT TYPE | BALANCE / TERMS | PAST DUE | MO REV | 30 | 60 | 90+ | STATUS / SOURCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| B | B | SYNCB/LOW ■■■6591 | 09/22 | 02/18 09/20 | $7400 REV | $2147 - | $2147 | 00 | - | - | - | CHARGE OFF TU |

# EXHIBIT D

Report Date: November 21, 2022, 12:00 AM EST

**Reported Names** — Jodie L Benner

**DOB**

**SSN**

**Employment Info**





Amount Past Due