UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**JODIE BENNER.,**

        **Plaintiff,**

                                                        Civil Action 2:22-cv-4436
**v.**                                                         Judge Edmund A. Sargus, Jr.
                                                         Magistrate Judge Kimberly Jolson

**SYNCHRONY BANK, et al.,**

        **Defendants.**

## OPINION AND ORDER

This matter is before the Court on Plaintiff's Motion to Dismiss Defendant Synchrony Bank. (ECF No. 4.)  The time for opposition has passed.  The Court, therefore, **GRANTS** Plaintiff's unopposed motion.  The Clerk is **DIRECTED** to remove Synchrony Bank as a defendant in this case. This case shall remain open pending the remaining parties 'anticipated stipulated dismissal.

       **IT IS SO ORDERED.**


**2/23/2023**                                                 **s/Edmund A. Sargus, Jr.**
**DATE**                                                       **EDMUND A. SARGUS, JR.**
                                                            **UNITED STATES DISTRICT JUDGE**